Case: 1:26-mj-000150
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/27/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On August 17, 2026, at 2000 hours, Officers with the Fourth District of the Metropolitan Police Department ("MPD") responded to the corner of Underwood Street and North Capitol Street NW for the report of a carjacking. Once officers were on scene and conducted an initial investigation, they determined that an armed carjacking had occurred and requested assistance from a detective. Detective Love responded to assist in the investigation.

2. Detective Love interviewed V-1 who explained that earlier that evening he traveled into Washington, D.C. from Virginia along with his girlfriend, V-2, to meet with S-1 to make music together. V-1 was driving his 2011 Infiniti G35 Gray in color four door sedan with Virginia tags [redacted] and VIN# [redacted]. V-1 explained that he had communicated with S-1 two times prior on Instagram, and they agreed to meet to make the music. V-1 and V-2 picked up S-1 somewhere in Southeast DC but were unable to provide an exact location. Once in their vehicle, S-1 had V-1 drive from Southeast DC to the front of 11 Underwood Street NW where V-1 parked his vehicle. S-1 told V-1 to exit the car, and he would take him to a studio. V-2 stayed in the vehicle while V-1 walked with S-1 south in the 6400 block of North Capitol Street NE. V-1 and S-1 then entered the south alley in the Unit block of Tuckerman Street NE.

3. When they approached the rear of 23 Tuckerman Street NE, S-2 and S-3 stepped into the alley from behind some tall bushes. All three Suspects produced handguns and pointed them at V-1 demanding him to give up his property. The Suspects went through V-1's pockets removing his cellphone and taking off his Michael Kors bookbag which contained a tablet and airpods. The Suspects demanded that V-1 get on his knees and look away from them. V-1 complied and S-1 and S-3 fled the alley while S-2 continued to hold V-1 at gunpoint. Moments later, V-1 heard S-2 answer his cellphone and shortly after, S-2 fled from the alley. V-1 believed that the

Suspects had fled and ran back into the 6400 block of North Capitol Street NE where he met with V-2 who called 911 for the Police.

4. V-1 could not provide an exact Instagram handle for S-1. V-1 stated that he thought it may be "Jah Jah 23" or "23 Jah Jah" however he was unable to find the account using V-2's phone and believes the account may have already been deleted.

5. V-1 described S-1 as a black male, heavy build, 200 lbs., 6'0"-6'2" in height, 20 to 23 years old, light skinned with collar length dreadlocks, a neck tattoo, slight beard wearing a gray shirt with black joggers armed with a black handgun.

6. V-1 described S-2 as a black male, 16-17 years old, 5'2"-5'3" in height, thin build, 130-150 lbs., medium complexion wearing a black wind breaker jacket with hood and black joggers, small afro or dreads armed with a multicolored handgun with holes in the slide and an orange or tan grip.

7. V-1 described S-3 as a black male, dark complexion, 19 years old, 5'6"-5'7" in height, 150-160 lbs., wearing black joggers and a black zip up hoodie and covid style mask. S-3 was armed with a black handgun.

8. Detective Love interviewed V-2 who explained she was sitting in the rear passenger seat of V-1's vehicle when they picked up S-1 somewhere in Anacostia. V-2 explained that V-1 told her he was going to meet with S-1 to collaborate on some music together and then V-1 would take V-2 to dinner afterward. V-2 states that S-1 told them where to drive and was not using GPS. S-1 eventually guided them to the front of 11 Underwood Street NW where they parked. V-2 stayed in the car to charge her cellphone while V-1 exited with S-1 to go to a studio. V-2 states that a short time later, S-1 came back to the vehicle and told V-2 to get out of the car and come to the studio. V-2 exited the car and started walking with S-1 on the east sidewalk in the 6400 block of North

Capitol Street NE. The Suspect brandished a handgun and demanded that V-2 hand over the keys to the vehicle and her phone. V-2 complied and observed S-3 walking north on North Capitol Street NE toward them. S-3 met with S-1 and the two entered V-1's vehicle. Prior to driving away, S-1 placed V-2's cellphone on the curb in front of 11 Underwood Street NW. The Suspects fled west bound in the unit block of Underwood Street NW. Shortly after, V-2 met V-1 in the 6400 block of North Capitol Street NE and the two called 911 using V-2's phone. When Officers arrived on the scene, they started tracking V-1's phone using V-2's phone.

9. Detective Love asked V-1 if he would be willing to provide an elimination DNA swab to assist in the investigation. V-1 refused, stating that he was scared. While conducting interviews with the two Victims, Detective Love was notified that Officers had two individuals stopped matching the lookout and in the general direction V-1's phone was tracked. Detective Love asked both Victims separately if they would be willing to conduct a show up. Both Victims declined to participate in a show up stating that they feared repercussions from the Suspects. The Officers released the two individuals that were stopped and documented the stop under MPD report numbers CCN: 26-116-016.

10. Detective Love canvassed the 6400 block of North Capitol Street NE for any cameras that could assist in the investigation. Detective Love contacted a resident at [redacted] North Capitol Street NE who had cameras affixed to the front and rear of the location. The resident provided footage which showed the V-1 walking with S-1 prior to the robbery.



***S-1 (closer) Walking with V-1 (further)***

11. Footage also showed S-1 prior to the offense with two separate individuals who are believed to be S-2 and S-3. The footage was uploaded to evidence.com and was used to generate a BOLO.



***S-1 Walking While S-2 Was on a Bicycle Prior to the Offense***



***S-1 Walking With S-3 Prior to the Offense***

12. A BOLO was generated for the stolen vehicle and Detective Love verified the vehicle was entered into WALES.

**<u>Observation of the Carjacked Vehicle the Next Day (CCN: 26116613)</u>**

13. The next day, on August 18, 2026, Members of the Robbery Suppression Unit ("RSU") located V-1's Infiniti sedan parked in Southeast DC. Members specifically observed that the vehicle had the Virginia tag "[redacted]". Members conducted surveillance of the vehicle while awaiting other law enforcement resources. At the time of the observation, the vehicle was parked in the rear of 2608 Sheridan Rd SE. Members approached the vehicle and gave loud verbal commands and attempted to remove the driver from the vehicle.




***MPD's Approach of the Carjacked Infiniti***

14. Upon observing the driver, members recognized him as Jaliel HOLLAND (hereinafter "HOLLAND"). HOLLAND did not comply and then fled from the rear of the location. While attempting to detain S-1, members observed a semi-automatic handgun with an extended magazine in the vehicle. The handgun appeared to be a privately manufactured handgun.




***HOLLAND in the Driver's Seat of the Carjacked Vehicle***

15. While fleeing from police, HOLLAND struck an unmarked MPD vehicle as well as a yellow bollard connected to the curb, causing property damage. HOLLAND was last seen fleeing the area of 16th and V St SE headed in the direction of 19th Pl SE.



***Damage to MPD Vehicle***



***Damage to Curb***

**<u>Identification of HOLLAND</u>**

16. Detective O'Donnell assumed investigative responsibility for the Armed Carjacking, (CCN's: 26116011). A Google query of '33 Jah Jah' was provided to Detective O'Donnell. After a review, it was observed that there was a *YouTube* video labeled "33 Jah Jah Interview". Detective O'Donnell reviewed this video and observed that the individual identifying himself as "33 Jah Jah", had a strong resemblance (height, weight, complexion, hairstyle and large tattoo on the front of his neck) to S-1 from the surveillance footage and BOLO from the Armed Carjacking on August 17, 2026.

17. Detective O'Donnell contacted Detective Gong from the MPD Intelligence Unit, and inquired about his knowledge of a DC Rapper by the name of '33 Jah Jah'. Detective Gong did not have knowledge but watched the "33 Jah Jah Interview" on *YouTube.* While watching the video, Detective Gong recognized the name of a rapper that 33 Jah Jah had mentioned; this rapper goes by the name of 'Law Dat'. Detective Gong was able to provide that he knows that 'Law Dat' is [redacted].

18. Detective O'Donnell then utilized an MPD database to query of [redacted] and observed a photo fitting the description of the individual self-identifying as '33 Jah Jah' in the "33 Jah Jah Interview" on *YouTube*. This person was identified as Jaliel Cortez Holland, DOB: [redacted]. HOLLAND again fit the description of S-1 from the August 17, 2026 Armed Carjacking.

19. On August 18, 2026, Detective O'Donnell was made aware of the attempted arrest of HOLLAND by MPD's RSU members. Detective O'Donnell reviewed the BWC from officers on scene and observed that Investigator Damron approaches V-1's vehicle on the driver's side, within arm's reach of the door, with that driver's door window partially down. During this interaction and while pleading for HOLLAND to exit the vehicle, Investigator Damron speaks directly to HOLLAND, calling him by his first name, Jaliel, several times. As V-1's vehicle flees the scene, Investigator Damron is observed providing HOLLAND's full name.

20. Detective O'Donnell learned that HOLLAND was currently under the supervision of U.S. Probation or Supervised Release. Detective O'Donnell made contact with the Supervising Agent for HOLLAND and provided a copy of the BOLO that was generated for S-1, S-2 and S-3 from the Armed Carjacking on August 17, 2026. The Supervising Agent responded via email with

the still image of S-1 and stated the following, "The picture below looks like Jaliel Cortez Holland, but I can't fully confirm since it's a side profile."

21. Lastly, V-1 provided a still image of who V-1 believed was S-1. This photograph was submitted through the Department of Justices' Facial Analysis Comparison and Evaluation Services (FACE) database. An investigative lead labeled as a 'Likely Candidate' was returned for Jaliel HOLLAND.

**Apprehension of HOLLAND**

22. On August 26, 2026, at approximately 2109 hours, United States Park Police officers were operating in a fully marked police cruiser equipped with emergency lights and sirens.

23. While traveling southbound on the 4000 block of Minnesota Avenue NE, Officer Rodriguez observed a vehicle with dark tints, and matching the description of a Metropolitan Police Department (MPD) BOLO for a silver Infiniti G37X four door sedan involved in an Armed Carjacking in the District of Columbia, specifically the carjacked Infiniti from August 17, 2026. An NCIC inquiry was conducted on the vehicle, bearing Maryland registration 1GC4471 which returned to an Infiniti Q70, a different vehicle.

24. The vehicle was traveling in the right most lane before changing lanes and subsequently turning left onto the 3900 block of Benning Road NE without activating its turn signal. Officers followed the vehicle onto the 3900 block of Benning Road NE when the vehicle took off at high rate of speed. Officers activated their emergency lights and sirens to try to initiate a traffic stop. The vehicle failed to yield and continued northbound on Benning Road NE at a high rate of speed while taking multiple traffic control devices while endangering pedestrians and motorists in and around the area to significant risk of bodily harm.

25. As the vehicle continued eastbound on Benning Road NE, the vehicle proceeded through multiple red traffic signals, including the intersections of Benning Road NE with 39th Street NE, 42nd Street NE, and 44th Street NE. The vehicle then turned left onto 45th Street NE, followed by a right turn eastbound onto Blaine Street NE. The vehicle continued through the area, turning left onto Sycamore Street NE, right onto Brooks Street NE, left onto 49th Street NE, and right onto Blaine Street NE. The vehicle subsequently turned right into an alleyway adjacent to 4742 Blaine Street NE, where the vehicle came to a complete stop. Throughout the vehicle pursuit, the vehicle drove well above the posted speed limit, placing motorists and pedestrians at grave risk of being struck during its maneuvers.

26. The driver later verbally identified himself as Jaliel HOLLAND. HOLLAND exited the driver side door and fled on foot. HOLLAND ran behind 204 49th Street SE and continued running northbound on 49th Street NE. HOLLAND then entered the front yard of 215 49th Street SE. Officers gave HOLLAND multiple verbal commands to stop. After HOLLAND failed to comply, Officer Rodriguez deployed his department-issued taser, striking HOLLAND in the back and right upper hamstring, ultimately gaining compliance from HOLLAND. HOLLAND was placed in handcuffs and seated on the front steps of 215 49th Street SE.

27. HOLLAND was searched incident to arrest, and officers recovered $148.00 in U.S. currency in different denominations from HOLLAND's right pants pocket. Officer Sousa advised HOLLAND of his Miranda rights, which HOLLAND acknowledged.

28. Officer Humberson and Officer Nunez conducted a search of the vehicle. During the search, officers located the vehicle's original license plates (Virginia registration [redacted]) inside the trunk. An NCIC check of [redacted] returned to "Felony Vehicle - Armed Carjacking - Hold for Latents" wanted by the Metropolitan Police Department (MPD) Carjacking Task Force

(CJTF) with OCA 26116011. Additionally, Officer Humberson located a black plastic bag on the front passenger side floorboard containing 20 individually packaged clear bags containing a green leafy substance, which were consistent with that of Marijuana. Due to the number of individually packaged bags of Marijuana, the method of packaging, the varying weights of the individual bags, and the recovered small denomination U.S. currency, officers recognized that the Marijuana was not possessed for personal consumption but rather was possessed with the intent to distribute. The Marijuana was weighed at 212.9 grams by Officer Humberson at USPP District 5.

29. Officer Rodriguez contacted MPD's Carjacking Task Force, and Detective Priebe, Babich and your affiant subsequently responded to the scene. The vehicle was ultimately towed by Metro Motors to MPD's 4th District located at 6001 Georgia Avenue NW for processing.

30. Officers and Detectives canvassed the vehicle flights and foot pursuit flights for any discarded firearms with negative results.

31. Officer Rodriguez requested for District of Columbia Fire and Emergency Medical Services (DCFEMS) to the scene after HOLLAND complained of difficulty breathing and due to the taser prongs embedded in his back and right leg. DCFEMS Ambulance 30 and Medic 30 arrived on scene at approximately 2147 hours to evaluate HOLLAND and removed one of the prongs located on his lower back. DCFEMS personnel evaluated HOLLAND and advised that his vital signs were within normal limits. HOLLAND was subsequently transported by Officer Sousa and Officer Garcia to Medstar Washington Hospital center for further evaluation.

32. Your affiant is aware that there are no vehicle manufacturers within the District of Columbia. As such, the carjacked vehicle would have had to travel in interstate commerce.

33. As such, your affiant submits that probable cause exists to charge Jaliel HOLLAND with violation of **18 U.S.C. § 2119 (Carjacking)**.

Detective Thomas O'Donnell
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 27, 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE